IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TRAVIS KENNETH BYNUM,

      Appellant,

v.

FLORIDA GAS
TRANSMISSION COMPANY,
LLC,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4293

Opinion filed November 7, 2016.

An appeal from an order of the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

Travis Kenneth Bynum, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     DISMISSED.

WOLF, BILBREY, and M.K. THOMAS, JJ., CONCUR.